458 A.2d 274

Commonwealth v. Derr, Appellant.
Petition for Allowance of Appeal
Denied Sept. 7, 1983.

Submitted September 14, 1981. Alan Ellis, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Order affirmed.